Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :    1:06-md-1789 (JFK)
                                                :
-------------------------------------------------x
*This Document Relates to:*                     :    **NOTICE OF APPEARANCE**
Joan L. Orowson                                 :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-04121-JFK                      :
-------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 30, 2008
      New York, New York				Respectfully submitted,


							By: _____/s/_____
							   David J. Heubeck


							Venable LLP
							750 E. Pratt Street, Suite 900
							Baltimore, Maryland 21202
							Tel:  (410) 244-7731
							Fax:  (410) 244-7742
							Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 30, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                            /s/
                                 David J. Heubeck

                                 Venable LLP
                                 750 E. Pratt Street, Suite 900
                                 Baltimore, Maryland 21202
                                 Tel:  (410) 244-7731
                                 Fax:  (410) 244-7742
                                 Email: djheubeck@venable.com